Dowd, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL T. WEBSTER, | ) | CASE NO. 5:10 CV 599 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| CITY OF KENT, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


July 13, 2010             *s/David D. Dowd, Jr.*
Date                      DAVID D. DOWD, JR.
                          UNITED STATES DISTRICT JUDGE